# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION



| | | |
|---|---|---|
| Lisa Hughes, | : | Case No. 1:07CV3130 |
| Plaintiff | : | Judge Peter C. Economus |
| v. | : | Magistrate Judge David S. Perelman |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED DECISION** |
| Defendant | : | |

The defendant has moved to remand this action pursuant to the sixth sentence of 42 U.S.C. §405(g) for the reason that the claim file and hearing tape cannot be located.

The plaintiff has not opposed this motion.

It is, accordingly, recommended that this motion be granted.

DAVID S. PERELMAN
United States Magistrate Judge

DATE: June 4, 2008

## OBJECTIONS

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

AO 72A
(Rev. 8/82)