**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **LISA HUGHES,** | ) | **CASE NO. 1:07CV3130** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | **MEMORANDUM OPINION** |
| **SOCIAL SECURITY,** | ) | **AND ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is an action to review a final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income benefits under Title XVI of the Social Security Act, 42 U.S.C. § 1381 *et seq.*

On October 17, 2007, pursuant to L.R. 72.2, this matter was automatically referred to Magistrate Judge David S. Perelman for a report and recommendation. (Dkt. # 6). On June 4, 2007, the Magistrate issued a Report and Recommendation that the Court GRANT Defendant's Motion to Remand this action pursuant to the sixth sentence of 42 U.S.C. § 405(g). (Dkt. # 11).

As Plaintiff has not opposed Defendnat's motion, pursuant to 42 U.S.C. § 405(g), the Report and Recommendation of Magistrate Judge Perelman (Dkt. # 11) is hereby **ADOPTED**, and Defendant's Motion to Remand this action is **GRANTED**. This action is **REMANDED** to the Secretary for further administrative action not

inconsistent with the Magistrate's Report and Recommendation.

**IT IS SO ORDERED**.

                                                  **/s/ Peter C. Economus - June 5, 2008**
                                                  **PETER C. ECONOMUS**
                                                  **UNITED STATES DISTRICT JUDGE**